UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KYMBERLEY QUINLAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ING USA ANNUITY AND LIFE INSURANCE COMPANY, also d/b/a ING and ING US Financial Services and/or ING North America Insurance Company, DONNA MILLER-WOLGAMUTIL,<br><br>　　　　　Defendants. | No. 4:05-CV-449<br><br><br><br>NOTICE OF CHANGE OF ADDRESS |

　　**COMES NOW** Bruce H. Stoltze and the law firm of Brick, Gentry, Bowers, Swartz, Stoltze & Levis, P.C., and give notice that, effective **July 1, 2006,** their office relocated and the address of said counsel has changed to:

> **Bruce H. Stoltze**
> **Brick, Gentry, Bowers,**
> **Swartz, Stoltze & Levis, P.C.**
> **6701 Westown Parkway, Suite 100**
> **West Des Moines, Iowa 50266**

　Respectfully Submitted,

　BRICK, GENTRY, BOWERS,
　SWARTZ, STOLTZE & LEVIS, P.C.


　By_____
　Bruce H. Stoltze  (AT0007521)
　6701 Westown Parkway, Suite 100
　West Des Moines, IA 50266
　Telephone: 515.274.1450
　Facsimile: 515.274.1488
　ATTORNEY FOR DEFENDANT


　Original Filed

1

CERTIFICATE OF SERVICE:

I hereby certify that on the 15th day of August, 2006,
I electronically filed the foregoing with the
Clerk of the Court by using the CM/ECF system
which will send a notice of electronic filing to the following:

Mary E. Funk
Mark D. Aljets
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa  50309


By: _____