IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| KYMBERLEY QUINLAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:05-CV-449 |
| | ) | |
| v. | ) | |
| | ) | |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY, also d/b/a ING and ING US Financial Services and/or ING North America Insurance Company, DONNA MILLER-WOLGAMUTH, | ) ) ) ) ) | STATUS REPORT CONCERNING THE NEED FOR A SETTLEMENT CONFERENCE AND EXTENSION OF TIME AS TO SETTLEMENT |
| Defendants. | ) | CONFERENCE |

COME NOW Defendants, ING USA Annuity and Life Insurance Company, also d/b/a ING and ING US Financial Services and/or ING North America Insurance Company, and Donna Miller-Wolgamuth, and hereby submit a status report in accordance with the Court's Order dated March 1, 2007. In support thereof, Defendants state as follows:

1. On March 1, 2007, pursuant to the Court's direction, Plaintiff filed a status report indicating that the parties had an agreement to settle the above-captioned matter.

2. On March 12, 2007, Plaintiff executed a written settlement agreement and forwarded it to Defendants for execution.

3. Defendants' counsel has sent the agreement to Defendant ING for execution. Defendants' counsel anticipates receiving the settlement checks and the executed settlement agreement from Defendant ING within the next two weeks.

1

4. Because this matter has settled, the parties do not need a court-sponsored settlement conference. However, the parties would request an additional thirty days to file closing documents with the Court.

5. Defendants' counsel has discussed this matter with Plaintiff's counsel and he agrees with this status report and request for thirty days to file the closing documents.

/s/ Mary E. Funk
Mary E. Funk PK0015058
Mark D. Aljets PK0007872
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-8029
Facsimile: (515) 283-8045
Email: mef@nyemaster.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on March 20, 2007 I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to participating lawyers entered in this case.

Bruce H. Stoltze
Brick, Gentry, Bowers, Swartz, Stoltze, Schuling & Levis, P.C.
6701 Westtown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
E-mail: bruce.stoltze@brickgentrylaw.com
ATTORNEY FOR PLAINTIFF

/s/ Mary E. Funk
Mary E. Funk         PK0015058
Mark D. Aljets        PK0007872
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
E-Mail: mef@nyemaster.com
E-Mail: mda@nyemaster.com

ATTORNEYS FOR DEFENDANTS