IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KYMBERLEY QUINLAN,<br><br>Plaintiff,<br><br>v.<br><br>ING USA ANNUITY AND LIFE INSURANCE COMPANY, also d/b/a ING and ING US Financial Services and/or ING North America Insurance Company, DONNA MILLER-WOLGAMUTH,<br><br>Defendants. | CIVIL NO.: 4:05-CV-449<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

COME NOW the parties, Plaintiff Kymberley Quinlan and Defendants ING USA Annuity and Life Insurance Company, d/b/a ING and ING US Financial Services and/or ING North America Insurance Company, and Donna Miller-Wolgamuth, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and hereby stipulate to the dismissal of this case with prejudice as to all Defendants.

Respectfully submitted,

By: _____
Bruce H. Stoltze    (AT 0007521)
Brick, Gentry, Bowers, Swartz,
Stoltze & Levis, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone:   515-274-1450
Fax:         515-274-1488
Email: bruce.stoltze@brickgentrylaw.com
ATTORNEY FOR PLAINTIFF

1

By: /s/ Mary E. Funk
Mary E. Funk
Mark Aljets
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309
ATTORNEYS FOR DEFENDANTS

Original Filed.

2